USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------  X
                                                                   :
MUHAMMAD UMER BIN ZIA,                                             :
                                                                   :
                                    Plaintiff,                     :    1:23-cv-4726-GHW
                                                                   :
                        -v -                                       :    ORDER
                                                                   :
STATE FARM FIRE AND CASUALTY                                       :
COMPANY,                                                           :
                                                                   :
                                    Defendant.                     :
                                                                   :
-----------------------------------------------------------------  X
```

GREGORY H. WOODS, United States District Judge:

In the parties' proposed case management plan filed on September 1, 2023, Dkt. No. 8, the parties indicated that they consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

If it is correct that both parties consent to proceed before the Magistrate Judge, counsel for the defendant must file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  The executed form should be filed on ECF as a "Proposed Consent to Jurisdiction by US Magistrate Judge," and be described using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If the parties submit the above form prior to the date of the initial pretrial conference, currently scheduled for September 7, 2023, then the conference will be adjourned so that it can take

place before the assigned magistrate judge.

    SO ORDERED.

Dated: September 1, 2023  
New York, New York

                                                   GREGORY H. WOODS  
                                                  United States District Judge