UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD UMER BIN ZIA,

                      Plaintiff,

-v-                                    CIVIL ACTION NO.: 23 Civ. 4726 (SLC)

                                            **ORDER**

STATE FARM FIRE AND CASUALTY COMPANY,

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge will conduct all further proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Magistrate Judge Sarah L. Cave will manage general pretrial matters and dispositive motions. General pretrial matters include scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

Having reviewed the parties' proposed case management plan (ECF No. 12 (the "Plan")), the Court finds that an initial case management conference is unnecessary, and orders as follows:

1. By separate order, the Court will enter the Plan, with one modification.

2. A telephone status conference is scheduled for **Tuesday, November 14, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3. The parties are advised that they may request a referral to another Magistrate Judge for a settlement conference at any time.

Dated:   New York, New York
         September 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**