UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD UMER BIN ZIA,

                Plaintiff,

-v-                                       CIVIL ACTION NO.: 23 Civ. 4726 (SLC)

**ORDER**

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference held today, November 14, 2023, by **December 1, 2023**, the parties shall file a joint letter (i) advising whether Defendant's independent medical examination of Plaintiff (the "IME") has been scheduled and, if so, the date of the IME and the approximate date by which the parties expect to receive the post-IME report, and (ii) stating whether they prefer a referral to the Court-annexed Mediation Program or to another Magistrate Judge for a settlement conference.

Dated:      New York, New York
              November 14, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge