UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD UMER BIN ZIA,

          Plaintiff,

-v-

STATE FARM FIRE AND CASUALTY COMPANY,

          Defendant.

CIVIL ACTION NO.: 23 Civ. 4726 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court having been advised (ECF No. 27) that all claims asserted in this action have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed with prejudice and discontinued without costs, but without prejudice to the right to move to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

Dated:    New York, New York
            March 11, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**